No. 34.—Juliá Marín, Peticionario. — Admisión al ejercicio de la abogacía. Dic. 9, 1924. Denegada la solicitud

para ser admitido sin examen, por los motivos consignados en la opinión en el caso No. 35 de *Huertas Ex parte,* resuelto en diciembre 9, 1924, (pág. 825).